**COURTROOM MINUTES:**
The Honorable Peter Bray Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed _8-22-19_
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☒ No   ERO _L. Howard_
USPT/USPO _P. Hernandez_

OPEN _1:14_   ADJOURN _3:07_
THEIR CASE# _3:15 - 4:25_

☐ OTHER DISTRICT   ☐ DIVISION

**PROCEEDING HELD:**
☐ Initial Appearance          ☐ Counsel Determination Hearing       ☐ Status Hearing
☐ Bond Hearing                ☐ Identity                            ☐ Hearing Continued on _____
☒ Detention Hearing           ☐ Preliminary Hearing                 ☐ Other

CASE NUMBER   ☐ CR  ☐ MJ   _19-450_   Defendant # _1_

AUSA _Rob Johnson_
_David Karger_
_Dan Blumrosen_
_George Seirest_
_Ashlee McFarlane_

_Jeffrey Stern_

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment  ☐ Information  ☐ Complaint
         Violation of _____   ☐ Supervised Release   ☐ Pretrial Release   ☐ Probation

☒ Defendant  ☐ Material Witness appeared  ☐ with          ☐ without counsel

☐ Defendant requests appointed counsel.               ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender            ☐ Order appointing private counsel to follow.
    Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED   ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☒ Order of Detention Pending Trial entered as to Defendant(s) _1_
☐ Bond Continued     ☐ Bond reinstated     ☐ Bond Revoked
☒ Defendant _1_ remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____ Waiver of ☐ Preliminary  ☐ Identity  ☐ Detention Hrg  ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment           ☐ Counsel Determination Hearing      ☐ Identity Hearing
    ☐ Detention Hearing     ☐ Preliminary Hearing                ☐ Final Revocation Hearing
    ☐ _____ Hearing

Gwt Ex. 1,2,3,4,5,6,7-10,11,12,13,14,15
Deft Ex. 1,2