HONORABLE PETER BRAY, PRESIDING
DEPUTY CLERK: Jason Marchand     ERO: L. Howard
INTERPRETER  No        USPO: D. Hernandez

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-22-19
DAVID J. BRADLEY, Clerk

OPEN: 1:10     ADJOURN: 1:14

CR. No. 19-450     DEFT No. 1     USDJ Rosenthal

UNITED STATES OF AMERICA

vs.

Jeffrey Stern

Rob Johnson                          AUSA
David Gerger, Pern Blumenson
Heather Sairsed
Ashlee McFarlane

## ARRAIGNMENT

[x] Arraignment held.     ____ Superseding Indictment     ____ Information
[ ] Defts first appearance with counsel.
[x] Deft enters a plea of not guilty on all counts.
[ ] Waiver of Speedy Trial executed.
[ ] Waiver of Indictment.
[x] Docket Control Order issued w/cc to parties.   ____ to be mailed   ____ not issued
[ ] Bond continued.
[ ] Deft failed to appear, bench warrant to issue.
[x] Deft REMANDED to the custody of the U.S. Marshal
[ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: