**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **NO. 4:19-CR-450** |
| | § | |
| **JEFFREY STERN** | § | |

## <u>AMENDED NOTICE OF APPEAL OF PRETRIAL DETENTION</u>

Defendant Jeffrey Stern appeals the order of detention of the District Court of August 27, 2019 and of the Magistrate Court of August 26, 2019.  Under FRAP 9(a), Mr. Stern will soon file these orders with court and request release.

Respectfully submitted:

David Gerger
Texas Bar No. 07816360
dgerger@gkhfirm.com
GERGER KHALIL & HENNESSY, LLP
1001 Fannin, Suite 2450
Houston, Texas 77002
713.224.4400 – Telephone

George McCall Secrest, Jr.
Texas Bar No. 17973900
mac@bennettandsecrest.com
BENNETT & SECREST, PLLC
1545 Heights Blvd., Ste. 800
Houston, Texas77008
713.757.0679 – Telephone

Dean Blumrosen
Texas Bar No. 02517900
dblumrosenlaw@gmail.com
1207 S. Shepherd Dr.
Houston, Texas77019
713.524.2225 – Telephone

**ATTORNEYS FOR DEFENDANT
JEFFREY STERN**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ David Gerger
David Gerger