United States District Court
Southern District of Texas
**ENTERED**
October 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| VS. § | CRIMINAL ACTION NO. H-19-450 |
| § § § | |
| JEFFREY STERN § | |

### ORDER

Broderick D. James and Shaquall Monae Brown have filed motions, representing themselves, asking the court to resolve their claim to funds related to a civil lawsuit settlement in which Stern represented James and Brown. (Docket Entries Nos. 93, 96). That civil case was filed in the state court in Matagorda County, Texas, and the claimed funds appear to be in that court's registry or in Stern's trust account. Neither the claimed funds, nor Stern's or his law firm's assets, are in the custody, or under the control, of the federal court. There is no basis for this court to grant the relief James and Brown seek.

The motions are denied.

SIGNED on October 28, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge