United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: 4:19-CR-450-S2 |
| v. | § § § | |
| JEFFREY STERN | § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF NOTICE

A  <u>SUPERSEDING INDICTMENT</u>  has been filed against the defendant who is

☐ Released on Conditions   ☑ Detained   ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant <u>1/28/2020</u>

at <u>2:00 pm</u>

SIGNED at Houston, Texas, on <u>January 21</u>, 20<u>20</u>.

<u>Dena Palermo</u>
UNITED STATES MAGISTRATE JUDGE