United States District Court
Southern District of Texas
**ENTERED**
June 25, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. 19-450 |
| JEFFREY STERN, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

Jeffrey Stern, a detainee at the Houston Federal Detention Center, moved for reconsideration of his order of detention and for temporary release under the Bail Reform Act, 18 U.S.C. § 3142(i), citing changed circumstances due to the current pandemic.  (Docket Entry No. 126).  The court denied Stern's motion for reconsideration and for temporary release, explaining that Stern had not met his burden to show by clear and convincing evidence that he is not a flight risk nor a threat to the community.  (Docket Entry No. 130).

Ron Lozoff, a friend of Stern's, sent a letter to the court in support of Stern's motion after the court had issued its opinion.  Lozoff is not a lawyer, and the court will not treat the letter as a motion for reconsideration.  The court notes that even if the letter were treated as such, it would not change the court's conclusion that Stern has failed to demonstrate that release is appropriate as required by the Bail Reform Act.

SIGNED on June 25, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge