United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | |
| v. | § § | Cr. No. H-19-450 |
| JEFFREY STERN,<br>    Defendant. | § § | |

## ORDER OF REFERRAL

Upon consideration of the Government's Agreed Motion for Release on Bond, that Motion is hereby referred to the United States Magistrate Judge to impose bond conditions consistent with those set forth in the Agreed Motion.

Signed in Houston, Texas on _____November 22_____, 2022.

_____
LEE H. ROSENTHAL
CHIEF UNITED STATES DISTICT JUDGE